**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Dana Deegan, | ) | Case No. 4:07-cr-051 |
| | ) | |
| Defendant. | ) | |

On December 10, 2007, the Defendant pled guilty to second degree murder. The Court ordered that Probation and Pretrial Services prepare a Presentence Investigation Report. The Court also desires more information to determine the Defendant's mental condition and the appropriate sentence to be imposed. Pursuant to 18 U.S.C. § 3552(c), the Defendant is ordered to submit to a psychological evaluation and report. The evaluation will be conducted by Dr. Peter Peterson at his office at 414 N. 7th St., Bismarck, North Dakota, on January 18, 2008, at 1:00 p.m.

Dr. Peterson is to assess intellectual, social, and emotional functioning, and any mental disorder. The evaluation should examine the Defendant's propensity to harm herself or others, and attempt to establish the motivation and reasoning behind the second degree murder to which the Defendant admitted guilt. The evaluation should also include a recommendation for treatment.

A written report of the completed psychological evaluation is to be sent to Probation and Pretrial Services, P.O. Box 1264, Minot, ND, 58702-1264. Probation and Pretrial Services is directed to distribute copies of the report to the Court and counsel. Counsel are directed to return their copies of the written report to Probation and Pretrial Services at the time of the Defendant's sentencing hearing.

Probation and Pretrial Services shall maintain the original written report under seal in its case files. Any further disclosure or distribution of the written report is prohibited, unless otherwise ordered by the Court. In addition, the Court directs Probation and Pretrial Services to refrain from including in the Presentence Investigation Report any reference to the psychological evaluation.

**IT IS SO ORDERED.**

Dated this 14th day of December, 2007.

              */s/  Daniel L. Hovland*
              Daniel L. Hovland, Chief Judge
              United States District Court